1066

[No. 55903-6-I.   Division One.   September 18, 2006.]

STEVEN R. GRAY, *Appellant*, v. JAMES ROBINSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-09121-2, Richard J. Thorpe, J., entered February 8, 2005. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Cox and Dwyer, JJ.

[No. 56361-1-I.   Division One.   September 18, 2006.]

RICKY E. BENSCH, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-23664-9, Mary Yu, J., entered April 29, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56562-1-I; 56563-0-I.   Division One.   September 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN LEE WHITE, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 05-1-00943-2, Thomas J. Wynne and James H. Allendoerfer, JJ., entered July 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56702-1-I.   Division One.   September 18, 2006.]

JAWAD AL-GHEZZI ET AL., *Individually and as Personal Representatives*, *Appellants*, v. BRIAN L. MCCOY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-10101-8, Douglass A. North, J., entered June 17, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Dwyer, JJ.